(No. 6584— )

St. Mary Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed May 9, 1972.*

St. Mary Hospital, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6585— )

St. Mary Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed May 9, 1972.*

St. Mary Hospital, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6586— )

St. Mary Hospital, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed May 9, 1972.*

St. Mary Hospital, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.